UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

SIGFREDO ARAUJO, et al.,

                        Plaintiffs,     <u>ORDER OF DISMISSAL</u>

                                               CV 2004-1310 (ARR)(MDG)

   - against -

SATMAR MEAT OF CON. YETEV LEV, INC. ETC.,

                        Defendant.

- - - - - - - - - - - - - - - - - - - X

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party.

Dated:  Brooklyn, New York
        June 14, 2005

                                               _____
                                               ALLYNE R. ROSS
                                             UNITED STATES DISTRICT JUDGE